**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| CLEARTHINK CAPITAL PARTNERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BATTERY TECHNOLOGY CORP.,<br><br>Defendants. | Case No. 3:25-CV-00435-ART-CLB<br><br>**ORDER GRANTING MOTIONS TO WITHDRAW AS COUNSEL**<br><br>[ECF Nos. 27, 28] |

Before the Court are two motions to withdraw as counsel for Plaintiff ClearThink Capital Partners LLC ("ClearThink"). (ECF Nos. 27, 28.) The first was filed by Hannah E. Winston, Esq., and Michael A. Burke, Esq., of the law firm SBW Law Group ("SBW Counsel"), (ECF No. 27), and the latter motion was filed by David P. Nemecek, Jr. and the Fortress Law Firm, Inc. ("FLF Counsel"). (ECF No. 28.) Defendant American Battery Technology Co., Inc. ("American Battery") filed a notice of non-opposition. (ECF No. 30.) Both SBW Counsel and FLF Counsel certify that the respective motions to withdraw were served upon Tysadco by both U.S. mail and email. (ECF No. 27 at 6, ECF No. 28-2 at 2.)

Good cause appearing, the motions to withdraw, (ECF Nos. 27, 28), are **GRANTED**. The Clerk shall update the docket to reflect the following address for ClearThink.[1] In addition, a copy of this order and all documents hereafter filed shall be served on ClearThink via regular mail at the following address:

**ClearThink Capital Partners LLC**

**210 West 77th Street, #7W**

**New York, NY 10024**

ClearThink is advised that the Ninth Circuit has held that a corporation and other

---

[1]    Counsel have confirmed the following address is correct. (ECF No. 33.)

unincorporated associations may only appear in federal court through an attorney. *United States v. High Country Broadcasting Co., Inc.,* 3 F.3d 1244 (9th Cir. 1993); *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994). Therefore, ClearThink shall file a substitution of counsel on or before **Thursday, June 18, 2026**.

**IT IS SO ORDERED.**

**DATED**: May 19, 2026.

**UNITED STATES MAGISTRATE JUDGE**

2