# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

CLEARTHINK CAPITAL PARTNERS LLC,

Plaintiff,

v.

AMERICAN BATTERY TECHNOLOGY CORP.,

Defendant.

Case No. 3:25-CV-000435-ART-CLB

**ORDER**

[ECF No. 36]

Plaintiff ClearThink Capital Partners LLC's ("ClearThink") is unrepresented in this case as of May 19, 2026, when the Court granted its prior counsels' motion to withdraw. (ECF No. 34.) As corporations and other unincorporated associations may only appear in federal court through an attorney, *United States v. High Country Broadcasting Co.*, Inc., 3 F.3d 1244 (9th Cir. 1993), the Court ordered ClearThink to file a substitution of counsel on or before Thursday, June 18, 2026. (ECF No. 34 at 2.) On June 11, 2026, ClearThink filed a letter in this case indicating they are trying to secure new counsel but request additional time to do so. (ECF No. 36.) The Court will construe this letter as a motion for extension of time to secure counsel.

Good cause appearing, the Court grants ClearThink's request for additional time to file a substitution of counsel. ClearThink must now file a motion for substitution of counsel on or before **Monday, August 3, 2026**.

**IT IS SO ORDERED**.

**DATED**: June 15, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**