**Marquis Aurbach**
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
acalaway@maclaw.com
jmoser@maclaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLEARTHINK CAPITAL PARTNERS LLC,<br><br>Plaintiff,<br>vs.<br><br>AMERICAN BATTERY TECHNOLOGY COMPANY, a Nevada corporation,<br><br>Defendant. | Case Number: 3:25-cv-00435-ART-CLB<br><br>**ORDER GRANTING STIPULATION EXTENDING INITIAL EXPERT DISCLOSURE DEADLINE ONLY (THIRD REQUEST)** |

Plaintiff ClearThink Capital Partners LLC ("ClearThink") by and through their counsel of record, Marquis Aurbach, and Defendant American Battery Technology Company ("ABTC"), by and through their counsel of record, Fennemore Craig, P.C., hereby submit the following Stipulation to Extend the Deadline for Expert Disclosures in accordance with LR 26-3 and LR IA 6-1. This is the third request for modification of the original Discovery Plan in this matter, *see* ECF No. 25, and counsel submits that the request is brought in good faith, supported by good cause in compliance with LR 26-3, and is not intended to cause delay.

**A. DISCOVERY COMPLETED TO DATE (LR 26-3(a))**

1. The parties have served their Initial Disclosures.

/ / /

/ / /





MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

2. On or about April 23, 2026, ABTC served its First Sets of Interrogatories ("ROGs"), Requests for Admission ("RFAs"), and Requests for Production ("RFPs") to ClearThink.

**B. DISCOVERY THAT REMAINS TO BE COMPLETED (LR 26-3(b))**

1. ClearThink's responses to ABTC's April 23, 2026 written discovery;
2. Review and analysis of those responses;
3. Any necessary meet-and-confer process regarding deficiencies or objections;
4. Any necessary follow-up written discovery;
5. Depositions of party and third-party witnesses;
6. Initial expert disclosures;
7. Rebuttal expert disclosures;
8. Expert discovery; and,
9. Any discovery motion practice that may become necessary.

**C. REASONS WHY DEADLINE(S) WAS (WERE) NOT SATISFIED/GOOD CAUSE FOR THIS REQUEST (LR 26-3(c))**

This action was originally filed August 18, 2025, *see* ECF No. 1, before amended pleadings and motion practice followed. By way of an Order [ECF No. 25] entered January 30, 2026, the Court adopted the Scheduling Order contained within the parties' January 29, 2026, Case Management Report [ECF No. 24].

On April 17 and April 23, 2026, respectively, ClearThink's local counsel and *pro hac vice* counsel moved to withdraw as counsel of record, *see* ECF Nos. 27, 28], which motions were granted on May 19, 2026. *See* ECF No. 34. In light of the motions to withdraw, the parties stipulated to reset discovery deadlines on or about May 5, 2026. ECF No. 29 (the "First Request"). The Court granted that First Request on May 6, 2026. ECF No. 31. The First Request contemplated an extension of ClearThink's deadline to respond to ABTC's outstanding written discovery. *See id.* at 3.

/ / /

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

During ClearThink's efforts to find new counsel, on June 12, 2026, ABTC moved to extend discovery deadlines, a second request for such relief. *See* ECF No. 35 (the "Second Request"). The Second Request similarly noted that (1) responses to ABTC's written discovery remained outstanding, (2) additional discovery was expected to be necessary, and (3) ClearThink had to retain new counsel for the foregoing to be completed and the case to proceed smoothly. *See id.* at 4. The Court granted the Second Request by Order [ECF No. 37] entered June 15, 2026. Also, in response to correspondence submitted by ClearThink [ECF No. 36], the Court ordered ClearThink to get new counsel by August 3, 2026. *See* ECF No. 38.

Undersigned counsel timely filed a Notice of Appearance [ECF No. 39] on August 3, 2026, and is in the process of getting up to speed on the facts of this dispute and procedural history that occurred prior to counsel's appearance herein, as well as reviewing ABTC's discovery requests, coordinating with ClearThink for completion of responses thereto, and vetting and retention of one or more prospective experts.

The parties respectfully submit that the only-very-recent appearance of new counsel for ClearThink and the imminent Initial Expert Disclosure deadline – only one month from counsel's appearance – present good cause for not only an extension of the Initial Expert Disclosure deadline as stipulated, but also the request coming less than 21 days before that deadline expires.

Worth noting, also, is that ClearThink has requested a 90-day extension of remaining deadlines in the case, which ABTC's counsel has represented it is discussing with its client. If ABTC agrees with this request for additional time on remaining deadlines, then the parties anticipate that another, more fulsome stipulation and order to extend deadlines will be forthcoming.

/ / /

/ / /

/ / /

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**D. PROPOSED DISCOVERY SCHEDULE (LR 26-3(d))**

The current dates and requested extended dates are these:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Initial Experts | 09/04/2026 | **09/18/2026** |
| Rebuttal Experts | 10/05/2026 | **No Change** |
| Discovery Cut-Off | 11/02/2026 | **No Change** |
| Dispositive Motions | 12/04/2026 | **No Change** |
| Joint Pre-Trial Order | 11/06/2026, or 30 days after resolution of dispositive motions, or further Court order | **No Change** |

IT IS SO STIPULATED.

Dated this 3rd day of September, 2026

**MARQUIS AURBACH**

By: ***/s/ Jared M. Moser***
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for ClearThink Capital Partners LLC*

Dated this 3rd day of September, 2026

**FENNEMORE CRAIG, P.C.**

By: ***/s/ Austin W. Slaughter***
Courtney Miller-O'Mara
Nevada Bar No. 10683
Austin W. Slaughter, Esq.
Nevada Bar No. 15645
7800 Rancharrah Parkway
Reno, Nevada 89511
*Attorneys for American Battery Technology Company*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: September 4, 2026.